AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COURTNEY GAMBLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiff(s) / Petitioner(s)<br><br>- against -<br><br>TML INFORMATION SERVICES, INC., RICHARD REGAN, AND EDWARD DARMODY, JOINTLY & SEVERALLY,<br><br>Defendant(s) / Respondent(s) | INDEX #:<br>13 CV 02142 (ADS) (WDW)<br>DATE FILED:<br>04/10/2013<br><br>JUDGE:<br>SPATT, J.  WALL, M.J. |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 04/22/2013, 02:43PM at 21 VERNON STREET, FLORAL PARK NY 11001, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on EDWARD DARMODY, a defendant in the above action.

By personally delivering to and leaving with the said defendant personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in the above mentioned papers.

EDWARD DARMODY WAS PERSONALLY SERVED AT THE ABOVE ADDRESS, WHICH IS THE LOCATION OF HIS EMPLOYER, TML INFORMATION SERVICES, INC.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M    Approximate age 55    Approximate height 6'01"    Approximate weight 230    Color of skin WHITE    Color of hair RED

EDWARD DARMODY told the deponent that he was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

THE LAW OFFICE OF
JUSTIN A. ZELLER,
P.C.
277 BROADWAY
SUITE # 408
NEW YORK, NY 10007
(212)229-2249

_____
TONY CONIGLIARO

Sworn to before me on 04/23/2013
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2013

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501
Phone: 516-742-0077 * Fax: 516-742-4726