UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| COURTNEY GAMBLE, INDIVIDUALLY AND ON BEHALF OF ALL OTHER PERSONS SIMILARLY SITUATED,<br><br>Plaintiff(s)<br>Petitioner(s)<br><br>- against -<br><br>TML INFORMATION SERVICES, INC., RICHARD REGAN, AND EDWARD DARMODY, JOINTLY & SEVERALLY,<br><br>Defendant(s)<br>Respondent(s) | INDEX #:<br>13 CV 02142 (ADS) (WDW)<br>DATE FILED:<br>04/10/2013<br><br>JUDGE:<br>SPATT, J. WALL, M.J. |

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

MICHAEL CORLEONE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 04/26/2013, 04:05PM at 99 WASHINGTON AVENUE, SUITE #600, ALBANY NY 12231, deponent served the within SUMMONS IN A CIVIL ACTION & COMPLAINT AND JURY DEMAND on TML INFORMATION SERVICES, INC., a defendant in the above action.

Deponent served CHAD MATICE, an employee with the NEW YORK Secretary of State, with 2 copies of the above described papers and a fee of $40.00, pursuant to section 306 of the BCL.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 29   Approximate height 6'01"   Approximate weight 195   Color of skin WHITE   Color of hair BROWN   Other GLASSES

THE LAW OFFICE OF
JUSTIN A. ZELLER,
P.C.
277 BROADWAY
SUITE # 408
NEW YORK, NY 10007
(212)229-2249

MICHAEL CORLEONE

Sworn to before me on 04/29/2013
MAUREEN MCCAFFREY NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2013

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501
Phone: 516-742-0077 * Fax: 516-742-4726